### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANDRA LORANDEAU                    :        CIVIL ACTION

        v.                                  :

CAPITAL COLLECTION SERVICE          :        NO. 10-3807


### ORDER RE: MOTION FOR SUMMARY JUDGMENT

AND NOW, this    8th        day of September, 2011, upon consideration of Defendant's

Motion for Summary Judgment (ECF No. 17), and Plaintiff's response thereto, and for the

reasons discussed in the accompanying Memorandum of Law, it is hereby ORDERED that

Defendant's Motion is GRANTED.  Final judgment is ENTERED in favor of Defendant and

against Plaintiff.

The Clerk shall close this case.


BY THE COURT:


/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.


O:\CIVIL 09-10\10-3807 Lorandeau v. Capital\Loreandeau MSJ order.wpd